No. 344. ROBERT D. KINNEY, PLAINTIFF IN ERROR, *v.* PLYMOUTH ROCK SQUAB COMPANY ET AL. In error to the United States Circuit Court of Appeals for the First Circuit. Argued by the plaintiff in error May 1, 1916. Decided May 22, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Bagley* v. *General Fire Extinguisher Co.,* 212 U. S. 477; *Weir* v. *Rountree,* 216 U. S. 607; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575. (2) *Provident Savings Society* v. *Ford,* 114 U. S. 635, 641–642; *Metcalf* v. *Watertown,* 128 U. S. 586, 588; *Pope* v. *Louisville, New Albany &c. Ry.,* 173 U. S. 573, 580–581. See *United States ex rel. Kinney* v. *United States Fidelity & Guaranty Co.,* 222 U. S. 283;

Kinney v. Plymouth Rock Squab Co., 236 U. S. 43. Mr. Robert D. Kinney pro se. No appearance for the defendants in error.